IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| SUSAN LEE WATKINS, | Civ. No. 1:18-cv-01733-AA |
| Plaintiff and Counterclaim Defendant, v. | **ORDER** |
| SOUTHERN OREGON ORTHOPEDICS; INDEPENDENT RETIREMENT CONSULTING; CRITERION WEALTH MANAGEMENT INSURANCE SERVICES | |
| Defendants and Counterclaim Plaintiffs, | |

AIKEN, District Judge.

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal of Defendant Criterion Wealth Management Insurance Services ("Criterion") pursuant to Federal

Rule of Civil Procedure 41(a)(2). ECF No. 33. Plaintiff moves that dismissal should be without fees or costs. On July 16, 2019, Criterion joined in Plaintiff's Motion to Dismiss. ECF No. 36. No party has objected to the dismissal of Criterion from this action.

Therefore, pursuant to Rule 41(a), the Court GRANTS Plaintiff's Motion to Dismiss Defendant Criterion. Plaintiffs claims against Criterion DISMISSED without prejudice and without fees or costs. Criterion's counterclaim against Plaintiff for attorney fees is likewise DISMISSED without prejudice and without fees or costs.

It is so ORDERED and DATED this __19th__ day of July, 2019.

_____
ANN AIKEN
United States District Judge